**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**KEYVONE TRAYUS WILLIAMS,**

**Plaintiff,**

**v.** **Civil Action No. 3:26cv364**

**W. CHATTUM, *et al.*,**

**Defendants.**

# MEMORANDUM OPINION

By Memorandum Order entered on May 13, 2026, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. By Memorandum Order entered on September 23, 2026, the Court directed Plaintiff to file a particularized complaint. On October 30, 2026, the United States Postal Service returned the September 23, 2026 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Released." (ECF No. 12, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
Chief United States District Judge

Date:
Richmond, Virginia